437 A.2d 940

**COMMONWEALTH of Pennsylvania**

v.

**James C. BAKER, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1981.

Decided Dec. 17, 1981.

412

A. Richard Gerber, Norristown, for appellant.

Ronald T. Williamson, Chief, Appeals Div., Asst. Dist. Atty., Joseph Hylan, Norristown, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Judgment of sentence affirmed.